UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60779-CIV-ROSENBAUM/HUNT

LUIS FERNANDO VALENCIA, *and others similarly situated*,

    Plaintiff,

vs.

BISTRO D, INC., and DANNY SCARFONE,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court upon Defendants' Motion to Dismiss Plaintiff's Complaint [D.E. 13]. Defendants' Motion, which is less than two pages in length, makes the conclusory argument that based on Defendants' payroll records, Plaintiff's claims are "preposterous" and should be dismissed. However, on a motion to dismiss for failure to state a claim, the factual allegations in a plaintiff's complaint are taken as true. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Defendants cannot, therefore, rely on documents that do not fall within the four corners of the Complaint and that, in fact, do not appear anywhere in the record to support their Motion. *See, e.g.*, *Bickley v. Caremark RX, Inc.*, 461 F.3d 1325, 1329 n.7 (11th Cir. 2006).

Furthermore, Defendants' Motion—which cites to no legal authority—violates the Court's Local Rules that require that "[e]very motion when filed shall incorporate a memorandum of law citing supporting authorities." L.R. 7.1(a), S.D. Fla. For these reasons, Defendants' Motion is insufficient on its face.

Accordingly, it is **ORDERED and ADJUDGED** that Defendants' Motion to Dismiss Plaintiff's Complaint [D.E. 13] is **DENIED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of May 2013.

                                                    _____
                                                    ROBIN S. ROSENBAUM
                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record